CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 19 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:04CR30018-010 |
| Plaintiff | ) | |
| v. | ) | O R D E R |
| DONNA KAY ROY, | ) | By: B. Waugh Crigler |
| | | U. S. Magistrate Judge |
| Defendant | ) | |

Upon consideration whereof, and for reasons set forth from the bench on April 14, 2005, it is

ORDERED

as follows:

1. The court hereby denies the motion of the surety to set aside any portion of the forfeiture heretofore entered upon the defendant's violation of conditions of release. Fed.R.Cr.P.46.

2. The court enters judgment in favor of the United States of America and against American Surety Company in the amount of $20,000.00 , said judgment to be enforced according to law.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record; to the surety; and to the Pretrial Services Officer.

ENTERED: _____
Magistrate Judge
_____
Date